ACCEPTED
03-15-00270-CV
6042245
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 3:21:38 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00270-CV

_____

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/13/2015 3:21:38 PM

JEFFREY D. KYLE
Clerk

_____

SUZANNA ECKCHUM

Appellant,

v.

THE STATE OF TEXAS FOR THE PROTECTION OF HAL KETCHUM

Appellee.

_____

ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
OF COMAL COUNTY
CAUSE NO. C2014-1690C

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S BRIEF**

_____

Mysha Lubke
BAKER BOTTS L.L.P.
State Bar No. 24083423
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701
(512) 322-2500
(512) 322-2501 (fax)
mysha.lubke@bakerbotts.com

**ATTORNEY FOR APPELLANT**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant Suzanna Eckchum respectfully files this Unopposed Motion for Extension of Time to File Appellant's Brief, requesting that the time for filing be extended to August 24, 2015, and in support, respectfully shows the Court the following:

1. Currently, the Brief of Appellant is due on or before July 16, 2015.

2. This extension is necessary because undersigned appellate counsel has requested that the court reporter supplement her record with proceedings included in an earlier request for the reporter's record. It is possible that the reporter's record will not be supplemented in time to be adequately incorporated in the brief.

3. In addition, the demands of other litigation will prevent undersigned counsel from working on the brief in the coming weeks, including preparing for, traveling for, and trying a case in Washington state the week of July 20, 2015.

4. Further, the undersigned counsel will be out of the country from August 3, 2015 to August 13, 2015.

5. No previous extension has been requested or granted for this brief.

6. This extension is not sought for purposes of delay, and the State will not be prejudiced by this extension.

For these reasons, Appellant respectfully requests that this Court grant a 40-day extension of time to file Appellant's Brief, for a new deadline of August 24, 2015.

Respectfully submitted,

By: */s/ Mysha Lubke*
    Mysha Lubke
    State Bar No. 24083423
    mysha.lubke@bakerbotts.com
    BAKER BOTTS L.L.P.
    98 San Jacinto Blvd., Suite 1500
    Austin, TX 78701
    Telephone:  (512) 322-2500
    Facsimile:   (512) 322-2501

    ATTORNEY FOR APPELLANT
    SUZANNA ECKCHUM

## CERTIFICATE OF CONFERENCE

I certify that on July 13, 2015, I spoke with Joshua Presley, an attorney at the Comal County Criminal District Attorney's office, regarding this motion for extension of time, and he stated that the State does **not** oppose this motion.

/ s / *Mysha Lubke*
Mysha Lubke

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic filing and fax on July 13, 2015:

***Counsel for the State of Texas for the Protection of Hal Ketchum:***

The Honorable Jennifer A. Tharp
Comal County Criminal District Attorney
150 North Seguin, Suite 370
New Braunfels, Texas 78130
preslj@co.comal.tx.us
fax: 830-608-2008

/ s / *Mysha Lubke*
Mysha Lubke